NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VETSTEM, INC.,**
*Plaintiff-Appellee*

**v.**

**REGEN LABS LLC, dba Regenerative Medical LA,**
*Defendant-Appellant*

---

2024-2273

---

Appeal from the United States District Court for the Central District of California in No. 2:24-cv-02475-AB-PD, Judge Andre Birotte, Jr.

---

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal of this appeal,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

2                                               VETSTEM, INC. v. REGEN LABS LLC

(2)  The parties shall bear their own costs.

(3)  Any pending motion is denied as moot.

FOR THE COURT



November 12, 2024                     Jarrett B. Perlow
Date                                  Clerk of Court

ISSUED AS A MANDATE:  November 12, 2024